IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAMERON KIRKHAM**  **PLAINTIFF**
ADC #168679

v.  Case No. 4:22-cv-00769-KGB

**DOES**  **DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 5). Plaintiff Cameron Kirkham has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Proposed Findings and Recommendation in its entirety as this Court's findings in all respects (*Id.*). Mr. Kirkham's complaint it dismissed without prejudice (Dkt. No. 1).

It is so ordered this 16th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge